## COOPER v. THE STATE.

GILBERT, J.  A motion to dismiss the bill of exceptions, made by the solic-
itor-general, must prevail in this case.  It appears that counsel for the
plaintiff in error mailed the bill of exceptions, after it had been duly
certified, to the solicitor-general, who, upon receiving it in due course
of mail, returned it, stating that he refused to acknowledge or waive
service, because the bill of exceptions was not correct.  This was not
such a service of the bill of exceptions as is contemplated by the statute.
Civil Code (1910), § 6160; *Crow* v. *State,* 111 *Ga.* 645 (36 S. E. 858);
*Albritton* v. *Tygart,* 139 *Ga.* 231 (77 S. E. 28).

*Writ of error dismissed.  All the Justices concur, except Fish, C. J., absent.*
                    No. 488.  NOVEMBER 17, 1917.

Indictment for murder.  Before Judge Summerall.  Charlton
superior court.  June 15, 1917.

*James R. Thomas,* for plaintiff in error.

*Clifford Walker, attorney-general, M. D. Dickerson, solicitor-general,* and *M. C. Bennet,* contra.

## MUNGIN v. THE STATE.

FISH, C. J.  1.  The remarks of the judge addressed to counsel for the
accused in presence of the jury, of which complaint is made in the
amendment to the motion for new trial, do not amount to an expression
of an opinion on a material matter involved in the case, and do not
afford ground for a reversal.

2.  The evidence was sufficient to support the verdict, and there was no
error in overruling the motion for new trial.

*Judgment affirmed.  All the Justices concur.*
                    No. 453.  NOVEMBER 17, 1917.

Indictment for murder.  Before Judge Graham.  Appling supe-
rior court.  May 12, 1917.

*Padgett & Watson,* for plaintiff in error.

*Clifford Walker, attorney-general, Alvin V. Sellers, solicitor-general,* and *M. C. Bennet,* contra.